# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTAL CHAMBLEE, et al., | CASE NO. CV F 07-1433 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS INDIVIDUAL DEFENDANT** |
| vs. | (Doc. 19.) |
| BUTTONWILLOW UNION SCHOOL DISTRICT, et al., | |
| Defendants. | |

Based on the plaintiffs' notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action without prejudice as to defendant Gary Glover aka John Doe Glover only.

IT IS SO ORDERED.

Dated: May 2, 2008        /s/ Lawrence J. O'Neill
                          UNITED STATES DISTRICT JUDGE