# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTAL CHAMBLEE, et al., | CASE NO. CV F 07-1433 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 21.) |
| BUTTONWILLOW UNION SCHOOL DISTRICT, et al., | |
| Defendants. / | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES this entire action without prejudice;
2. VACATES all pending matters, including the January 14, 2009 settlement conference, March 26, 2009 pretrial conference, and May 4, 2009 trial; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   September 23, 2008**          /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

1